UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE HEALTH EMERGENCY,        Case No:  14-MC-00003 LJO

**EMERGENCY ORDER AFFECTING THE TRANSPORTATION OF FRESNO COUNTY JAIL FEDERAL INMATES; CONTINUANCE OF ALL AFFECTED CRIMINAL HEARINGS**

_____/

      This Court issues a **_sua sponte_** order on an emergency basis due to a validated health concern.   This Court has been informed that large portions of the Fresno County Jail have been medically quarantined due to the diagnosis of numerous inmates suffering from H1N1 influenza.  This Court has consulted with the in-charge physician at the County Jail (Division of Correctional Health), the Captain in charge of the County Jail, the Presiding Judge of the Fresno Superior Court, and an Assistant United States Marshal, and further has reviewed medical statistical documents dealing with the inmates affected and infected.  Furthermore, the Court has verified that one of the Federal inmates who appeared in the United States District Court last week for sentencing has now been diagnosed with the H1N1 flu, quarantined, and isolated.  This information comes on the heels of the death yesterday of an inmate who had been infected with the flu virus at the jail.

      Of particular significance is the medical information that a person who has the virus is contagious for twenty-four (24) hours before they are symptomatic, and precluding exposure of the inmate population to others outside of the jail is the very safest thing to do from a proactive and preventative standpoint.

1

In order to assure the health and safety of the Federal Judiciary, the Court staff (including court clerks, interpreters, court reporters, and Court attorneys), members of Pretrial Services, members of the Federal Probation Department, United States Marshals, members of the United States Attorney's Office, members of the Federal Defender's Office, private counsel and members of the public who have business with, or visit the courtrooms, this Court finds GOOD CAUSE and HEREBY ORDERS:

That for seven calendar days (the incubation period for H1N1) from the date of this order until 5 p.m., no Federal inmate housed at the Fresno County Jail is to be transported to the United States District Courthouse. By that time, this Court will have additional medical information to make further decisions on this subject matter that will lead either to the extension of this order, or the expiration of it. Each and every affected matter currently scheduled, or in the ordinary course, would have been scheduled during this seven day period, is continued until any member of the Federal Judiciary issues a subsequent order, giving due notice to counsel (or the Defendant, if in *propria persona*) of the day, time and location of the next court hearing. Until such order is issued, and inmates are transported for the hearing on their respective cases, time is excluded, including but not limited to the Speedy Trial Act (18 United States Code, section 3161 et. seq.).

IT IS SO ORDERED.

Dated:   **January 14, 2014**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

2