IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>JONATHAN MOJARRO,<br><br>         Defendant. | 1:11-CR-00354 LJO<br><br>STIPULATION TO EXTEND TIME FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE AND ORDER THEREON |

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and KATHLEEN A. SERVATIUS and KIMBERLY A. SANCHEZ, Assistant United States Attorneys, and the defendant Jonathan Mojarro, by and through his attorney, Lexi Negrin, hereby stipulate to extend the time for the government's filing of its response to the defendant's motion until October 5, 2016.   Government counsel is awaiting receipt of information from the Bureau of Prison in order to complete the response.

Dated:  September 30, 2016
PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated:  September 30, 2016
/s/ *Lexi Negrin*
Lexi Negrin, Attorney for Jonathan Mojarro

IT IS SO ORDERED.

Dated:  **September 30, 2016**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE